■ PRINCE HALL GRAND LODGE F. & A. M. OF NEW YORK et al., Respondents, v. SUPREME COUNCIL OF THE UNITED STATES OF THE SOVEREIGN GRAND INSPECTORS GENERAL OF THE 33RD AND LAST DEGREE A & A SCOTTISH RITE et al., Appellants.— Motion by respondents to dismiss appeal granted; appeal dismissed. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent, v. JOAN LUPO et al., Appellants.— Motion by petitioner-respondent to dismiss the appeal for lack of prosecution, denied. (See *Matter of Motor Vehicle Acc. Ind. Corp.* [*Lupo*], 18 A D 2d 717.) Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ CATHRYN L. BRACALELLO, as Coexecutor of DOMINIC A. BRACALELLO, Deceased, Respondent, v. FRANK BRACALELLO, INC., Appellant, and COUNTY TRUST COMPANY, as Coexecutor of DOMINIC A. BRACALELLO, Deceased, Respondent, et al., Defendants.— In an action by one of the executors of Dominic A. Bracalello, deceased, to recover, *inter alia,* a credit balance allegedly due to the decedent from the defendant ·Frank Bracalello, Inc., a corporation with which the decedent had a running account, the said defendant corporation appeals from so much of a judgment of the Supreme Court, Westchester County, entered October 16, 1961 upon the decision of the court after a jury trial, as adjudged that the decedent's executors shall recover from said corporate defendant the sum of $5,973. The said sum represents a debit item in the account for premiums on policies insuring decedent's life, such premiums having been advanced by said corporate defendant pursuant to an agreement with decedent which had been cancelled prior to his death. By stipulation of the parties, the issues with respect to said sum were determined by the court as a question of law without the aid of the jury. Judgment, insofar as appealed from, affirmed, with costs. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ LAURICE FUSARO, Respondent, v. JAMES FUSARO, Appellant.— In a separation action by the plaintiff wife, in which a judgment of separation in plaintiff's favor was entered October 17, 1960, defendant appeals from an order of the ·Supreme Court, Kings County, entered September 14, 1962, which: (1) ·denied his motion to vacate and set aside the judgment, and (2) granted plaintiff's cross motion for the entry of a money judgment against defendant in the sum of $115 for counsel fees awarded by prior orders of the court, and which also directed defendant to pay to plaintiff the sum of $350 ·for current counsel fees incurred in resisting his motion to vacate the judgment and for the making of the cross motion. Order affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.